**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 27 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50603 |
| Plaintiff - Appellee, | D.C. No. 3:07-cr-01547-WQH |
| v. | |
| OSCAR SOLIS-JARAMILLO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
William Q. Hayes, District Judge, Presiding

Submitted January 21, 2015[**]

Before:    CANBY, GOULD, and N.R. SMITH, Circuit Judges.

Oscar Solis-Jaramillo appeals from the district court's judgment and

challenges the seven-month sentence imposed upon revocation of supervised

release.   We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Solis-Jaramillo contends that the district court procedurally erred by failing to

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.   *See* Fed. R. App. P. 34(a)(2).

respond to his sentencing arguments and by failing to explain adequately the sentence and why it was imposed to run consecutively to the sentence imposed for Solis-Jaramillo's new criminal conviction. We review for plain error, *see United States v. Miqbel*, 444 F.3d 1173, 1176 (9th Cir. 2006), and find none. The record reflects that the court considered Solis-Jaramillo's arguments and sufficiently explained the sentence. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir. 2008) (en banc).

Solis-Jaramillo next contends that his sentence is substantively unreasonable in light of his history and characteristics. The district court did not abuse its discretion in imposing Solis-Jaramillo's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including the need to afford adequate deterrence and to protect the public. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**

13-50603